**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01411-CR
No. 05-12-01414-CR

**MURELL NORMAN MUCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-81548-11, 366-81549-11**

## ORDER

The Court **REINSTATES** the appeals.

On August 20, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed in these appeals. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is his workload; and (4) counsel requested thirty days from the August 30, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    DAVID EVANS
        JUSTICE